COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     American Fisheries, Inc. **V.** National Honey, Inc. d/b/a National Commodities Co., or d/b/a NCC Group, Ltd., Jun Yang, Individually, and Lin Huang, Individually

Appellate case number:   01-17-00340-CV

Trial court case number: 2013-29749

Trial court:             157th District Court of Harris County

Date motion filed:       August 22, 2018

Party filing motion:     Appellant, American Fisheries, Inc.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  ___/s/ Evelyn V. Keyes_____
                   ☐ Acting Individually ☒ Acting for the Court

The En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd and Caughey.

Date:  October 30, 2018